IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERRI J. VITT,

    Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

    Defendant.
                                 /

No. C 06-07184 CW

ORDER TAKING MOTION
UNDER SUBMISSION

    Notice is hereby given that the Court, on its own motion, shall take Plaintiff's Motion to Alter or Amend under submission on the papers. The hearing previously noticed for April 24, 2008, is vacated. If Plaintiff wishes to offer additional argument, she may file within 10 days of the date of this order, an amended memorandum of points and authorities to replace the one she has filed. The Court will order an opposition and reply, if needed.

    IT IS SO ORDERED.

Dated: 3/20/08

                                                  CLAUDIA WILKEN
                                                  United States District Judge

**United States District Court**
For the Northern District of California